UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
TRUSTEES OF THE MOSAIC AND TERRAZZO
WELFARE, PENSION, ANNUITY AND VACATION
FUNDS, et al.,

           Plaintiffs,

-against-

SUFFOLK TILE & TERRAZZO, INC.,

           Defendant.
------------------------------------------------------------------x

NOT FOR PUBLICATION
ORDER
10-CV-5804 (CBA) (SMG)

FILED
U.S....
OCT 21 2011
BROOKLYN OFFICE

AMON, Chief United States District Judge:

      This Court has received the Report and Recommendation ("R&R") of the Honorable Steven M. Gold, United States Magistrate Judge, dated September 9, 2011, recommending that plaintiffs' motion for default judgment be granted and calculating the amount of damages to be awarded. No objection to the R&R has been filed with the Court. The Court has reviewed the R&R and adopts in full the recommendation contained in it.

      The Clerk of Court is directed to enter judgment against the defendant in the following amounts: $74,462.56 in unpaid contributions; $14,892.51 in liquidated damages; $2,138 in attorney's fees and costs; and interest on the $74,462.56 amount at the rate of 10% per annum, beginning from January 1, 2010, to be calculated by the Clerk of Court at the time of judgment.[1] The Clerk of Court is then directed to close the case.

      SO ORDERED.

Dated:     Brooklyn, New York
           October 20, 2011

                                          s/CBA

                                          Carol Bagley Amon
                                          Chief United States District Judge

---

[1] The daily interest due is $20.40. See Toneatto Decl. ¶ 8, Docket Entry 6-4.

1

